IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER J. WESTON             PLAINTIFF

v.        Civil No. 4:20-cv-04077

SGT. MILLER, Nevada County Correctional Officer;
DR. DERRICK ELKINS; KATY SHEETS, Nevada
County Correctional Officer; MS. BARNS,
Nevada County Correctional Officer; and
OFFICER REYN BROWN, City of Prescott       DEFENDANTS

## ORDER

   This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss Defendant Darryl Elkins – identified in the case caption as Dr. Derrick Elkins. (ECF No. 22).

   Plaintiff's Motion to Dismiss Claim against Defendant Dr. Derrick Elkins (ECF No. 22) is GRANTED. The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 22) as a notice of voluntary dismissal of his claims against Defendant Dr. Derrick Elkins pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss the claims against him without prejudice.

   IT IS SO ORDERED this 7th day of June 2021.

                 /s/ *Barry A. Bryant*
                 HON. BARRY A. BRYANT
                 UNITED STATES MAGISTRATE JUDGE